UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JANIS SHUMWAY, Individually,** | : | |
| **Plaintiff,** | : | |
| v. | : | Case No. 2:21-cv-00153-HYJ |
| **304 E PORTAGE LLC,** | : | Hon. Hala Y. Jarbou |
| **Defendant.** | : | |

## NOTICE OF SETTLEMENT

Plaintiff, JANIS SHUMWAY, by and through his undersigned counsel, hereby gives notice that the parties have resolved this matter.

Respectfully Submitted,

For the Plaintiff, JANIS SHUMWAY,

By: /s/ L. Kay Wilson
L. Kay Wilson, Esq., ct16084
WILSON LAW LLC
2842 Main St., #332
Glastonbury, CT 06033
(860)559-3733
Wilson@KayWilsonLaw.com

CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of OCTOBER, 2021, a copy of the foregoing NOTICE OF SETTLEMENT was filed electronically and served on all counsel of record via the Court's CM/ECF system.

/s/ L. Kay Wilson, Fed. Juris ct16084