UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **JANIS SHUMWAY, Individually,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No. 2:21-cv-00153-HYJ |
| : | |
| **304 E PORTAGE LLC,** : | Hon. Hala Y. Jarbou |
| : | |
| **Defendant.** : | |
| : | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CASE WITH PREJUDICE**

Plaintiff, JANIS SHUMWAY, by and through her undersigned counsel, hereby gives notice that she is voluntarily dismissing this case with prejudice based upon the following;

1. The Defendant did not appear, nor did any counsel for the Defendant file an appearance in this matter; and,

2. The parties voluntarily agreed to a resolution of the matter through a private settlement agreement.

WHEREFORE, the Plaintiff requests that this case in its entirety be dismissed with prejudice.

Respectfully Submitted,
For the Plaintiff, JANIS SHUMWAY,

By: /s/ L. Kay Wilson
L. Kay Wilson, Esq.
Admitted to W. Dist. Michigan April 9, 2021
WILSON LAW LLC
2842 Main St., #332
Glastonbury, CT 06033
(860)559-3733
Wilson@KayWilsonLaw.com

CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of DECEMBER, 2021, a copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE was filed electronically and served on all counsel of record via the Court's CM/ECF system. In addition, notice was served upon the following non-appearing counsel for the Defendant via email with permission:

Attorney Shawn Jappaya
Jappaya Law PLC
email: shawn@jappayalaw.com

/s/ L. Kay Wilson, Esq.
L. Kay Wilson, Esq.
Admitted to W. Dist. Michigan April 9, 2021