UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JANIS SHUMWAY,

    Plaintiff,

v.

    Case No. 2:21-cv-153

    Hon. Hala Y. Jarbou

304 E PORTAGE LLC,

    Defendant.

_____/

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntary Dismissal (ECF No. 15). The Court having reviewed the notice:

**IT IS ORDERED** that Plaintiff's Notice of Voluntary Dismissal (ECF No. 15) is **GRANTED**; this matter is **DISMISSED** without prejudice and without costs.

Dated:  December 14, 2021

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE